UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ANTHONY S. MUHARIB | § | 24-32843 (CML) |
| | § | (Chapter 7) |
| DEBTOR | § | |

**SECOND STIPULATION AND AGREED ORDER BETWEEN DEBTOR AND U.S. TRUSTEE ENLARGING DEADLINE TO FILE (i) A MOTION UNDER 11 U.S.C. § 707(b) OR (ii) AN OBJECTION TO DISCHARGE**

This *Second Stipulation and Agreed Order Between Debtor and U.S. Trustee Enlarging Deadline to File (i) a Motion Under 11 U.S.C. § 707(b) or (ii) an Objection to Discharge* (the "Stipulation") is entered into by and between Anthony S. Muharib ("Debtor") and the U.S. Trustee (collectively, the "Parties"), with reference to the following facts:

WHEREAS, on June 20, 2024, the Debtor filed the *Voluntary Petition* under chapter 13 of the Bankruptcy Code declaring that his debts are primarily consumer debts;

WHEREAS, on July 4, 2024, the Debtor filed the *Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, Form B22(c), Chapter 13 Plan, Plan Summary and Payment Advices* [Dkt. No. 12];

WHEREAS, on July 15, 2024, the Court entered the Order extending the deadline for five additional days to July 9, 2024 [Dkt. No. 13];

WHEREAS, on August 23, 2024, the Chapter 13 Trustee filed the *Motion to Dismiss or Convert* [Dkt. No. 23];

WHEREAS, on September 23, 2024, the Debtor filed the *Notice of Conversion of a Chapter 13 Bankruptcy to Chapter 7 Bankruptcy* [Dkt. No. 30];

WHEREAS, on September 27, 2024, Ron Sommers ("Sommers") was appointed to serve

as the successor chapter 7 trustee.

WHEREAS, the initial meeting of creditors was scheduled on October 30, 2024, at 10:30 a.m., and the last day to oppose discharge was December 30, 2024 [Dkt. No. 34].

WHEREAS, on October 30, 2024, the Debtor filed the (i) *Schedules, Statement of Financial Affairs, Statement of Intention, and Disclosure of Compensation* [Dkt. No. 36], (ii) the *Chapter 7 Statement of Your Current Monthly Income and Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* [Dkt. No. 37], and (iii) the *Amended Voluntary Petition* under chapter 7 of the Bankruptcy Code declaring that his debts are primarily business debts [Dkt. No. 39];

WHEREAS, on October 30, 2024, the meeting of creditors was commenced and continued to November 20, 2024;

WHEREAS, on November 25, 2024, the Debtor filed (i) the *Amended Statement of Financial Affairs* [Dkt. No. 41], stating that he would supplement his gross wages from employment for 2022 and 2023, identifying legal actions in which the Debtor was a party within one year of bankruptcy, and disclosing businesses within four years of bankruptcy, and (ii) the *Amended Schedules A/B and C* [Dkt. No. 42];

WHEREAS, on November 20, 2024, the meeting of creditors was commenced and continued to December 4, 2024;

WHEREAS, on December 4, 2024, the meeting of creditors was commenced and continued to December 18, 2024;

WHEREAS, on December 18, 2024, the meeting of creditors was commenced and continued to January 15, 2025;

WHEREAS, On December 31, 2024, the Court entered the *Stipulation and Agreed Between*

*Debtor and the U.S. Trustee Enlarging Deadline to File (i) a Motion Under 11 U.S.C. § 707(b) or (ii) an Objection to Discharge* [Dkt. No. 49];

WHEREAS, on January 22, 2025, Sommers filed the *Chapter 7 Trustee's Report of No Distribution*;

WHEREAS, the current deadline to file a motion under § 707(b) or an objection to discharge is March 17, 2025;

WHEREAS, the Debtor has not produced all the documents requested by the U.S. Trustee;

WHEREAS, the Parties have agreed, subject to approval of this Court, to stipulate to an enlargement of the deadlines solely as to the U.S. Trustee.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The deadline to file a motion under § 707(b) or an objection to discharge is enlarged through and including May 30, 2025.

2. The Parties may also stipulate that any specified period shall be enlarged upon a showing of cause before the expiration of the period prescribed or as extended by a previous stipulation, subject to this Court's approval.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ *Hector Duran*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. I.D. No. 15243
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 527-4538
Email: hector.duran.jr@usdoj.gov

*COUNSEL FOR THE UNITED STATES TRUSTEE*

EMIL R. SARGENT, ATTORNEY AT LAW

By: *[signature: Emil R. Sargent]*
Emil R. Sargent
Texas Bar No. 17648750
2855 Mangum Road, Suite A-569
Houston, TX 77092
Telephone: (713) 222-2299
Email: esargent3@gmail.com

*COUNSEL FOR ANTHONY S. MUHARIB, DEBTOR*